B2500A (Form 2500A) (12/15)

FILED
JUN 1 2 2019
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

# United States Bankruptcy Court

__Western__ District Of __Louisiana__

In re __Rooster Petroleum, LLC__ , )  Case No. __17-50708__
                 Debtor          )
                                 )  Chapter __7__
                                 )
__Elizabeth G. Andrus__           )
                                 )
       Plaintiff                  )
                                 )
         v.                       )  Adv. Proc. No. __19-05054__
                                 )
__Island Operating Company, Inc.__)
                                 )
       Defendant                  )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

214 Jefferson Street, Suite 100
Lafayette, LA 70501

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Patrick L. McCune, Wiener, Weiss & Madison, APC
445 Louisiana Avenue, Baton Rouge, LA 70802

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

__Edward A. Takara__ (Clerk of the Bankruptcy Court)

Date: __JUN 12 2019__    By: __Ezra Price__ (Deputy Clerk)

B2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, _____Patrick L. McCune_____ (name), certify that service of this summons and a copy of the complaint was made _____June 13, 2019_____ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Island Operating Company, Inc.
through its registered agent
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __6/13/2019__    Signature _____

Print Name:         _____Patrick L. McCune_____

Business Address:   _____445 Louisiana Avenue_____

                    _____Baton Rouge, LA 70802_____