**SO ORDERED.**

**SIGNED December 16, 2019.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**
_____

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA

IN RE:                                    CASE NO. 17-50708
ROOSTER PETROLEUM, LLC                    CHAPTER 7
    Debtor
----------------------------------------------------------------
ELIZABETH G. ANDRUS, TRUSTEE
    Plaintiff

VERSUS                                    ADVERSARY NO. 19-5054

ISLAND OPERATING COMPANY, INC.
    Defendant
----------------------------------------------------------------

### ORDER FROM TELEPHONE STATUS CONFERENCE

The Court conducted a telephone status conference with counsel for the parties on December 13, 2019, pursuant to the provisions of Rule 7016, Federal Rules of Bankruptcy Procedure ("FRBP"), to set the trial date and other deadlines in this case.  Issue having been joined, and it appearing proper in the premises:

**IT IS ORDERED:**

1.  **DISCOVERY**.

    (A)  The parties are directed to conduct discovery so that the due date of any discovery requested shall not be later than **August 14, 2020.** The Court will not monitor discovery disputes after that date.  Conduct of any discovery that would require a later due date shall be permitted only on the order of the Court or by filed stipulation of the parties, and only in cases that will not be delayed for trial thereby.

    (B)  A party that submits written interrogatories will be initially limited to twenty-five (25) questions to each adverse party.  In determining whether this requirement has been met, each separate paragraph within a question and each subpart contained within a question which calls for a separate response shall be counted as a separate question.

    (C)  A party that chooses to make requests for admissions will be initially limited to twenty-five (25) requests to each adverse party.  In determining whether this requirement has been met, each separate paragraph within a request and each subpart contained within a request which calls for a separate response shall be counted as a separate request.

    (D)  Upon completion of depositions and upon application for leave of court to file further interrogatories or requests for admission, the Court may permit further interrogatories or requests for admissions upon a showing of good cause and a finding that such further discovery will not unnecessarily delay the proceeding.

    (E)  Counsel are encouraged to resolve discovery disputes by agreement.  Motions to compel, motions for protective orders and similar motions, while not prohibited, may result in sanctions being imposed on the losing party, or both parties, as provided by Bankruptcy Rules 7037 and 9011, and 28 U.S.C. § 1927.

    (F)  Any expert testimony must be disclosed in accordance with Fed. R. Civ. P. 26(a)(2).

2. **PRETRIAL MOTIONS**.

Any pretrial motions are to be filed by **January 15, 2021**. The attorney filing any pretrial motion shall notice the hearing for an appropriate time in accordance with the rules.

3. **AMENDED PLEADINGS AND ADDITIONAL PARTIES**.

(A) Any amended pleadings shall be filed on or before **January 17, 2020.** No parties will be added after that time except in extremely rare instances, and only upon motion, a showing of good cause, and a finding that the addition of the party is necessary and will not delay the proceeding.

(B) Leave of court to amend pleadings after the above deadline will not be given except upon motion, a showing of good cause why amendment was not earlier sought, and a finding that the amendment will not necessitate further discovery or otherwise delay the proceeding.

4. **ATTORNEYS CONFERENCE**.

The attorneys for all parties shall meet together by agreement, instigated by counsel for plaintiff, at least twenty (20) days before the trial date to:

(a) discuss settlement;

(b) stipulate to as many facts and issues as possible;

(c) discuss stipulating to joint use of independent accountant or other expert witness, as distinguished from separate witnesses for each side;

(d) exchange and examine all exhibits and documents and other tangible evidence to be used at the trial;

(e) furnish opposing counsel the names and addresses of all witnesses, together with a brief statement of what it is expected each witness will testify; and

(f) complete all other matters which may expedite pretrial and trial of this case.

5.  **PRETRIAL FILINGS**.

    No later than **April 7, 2021,** each party shall submit to the
Clerk of the Bankruptcy Court, to the Bankruptcy Judge's law clerk,
and to opposing counsel, the following:

    (a)  A trial brief of fact and law on disputed issues.

    (b)  A list of witnesses and exhibits.  A benchbook containing
         tabbed copies of all exhibits shall be delivered to the
         law clerk only and shall not be filed into the record.
         Exhibits shall be pre-numbered and show the date of trial
         on the exhibit label.

6.  **PRETRIAL STIPULATION**.

    No later than **April 7, 2021**, the parties shall file with the
Court a Pretrial Stipulation which shall contain:

    (a)  the basis of jurisdiction;

    (b)  a concise statement of the nature of the action;

    (c)  a brief, general statement of each party's case or
         contentions;

    (d)  a concise statement of those facts which are admitted and
         will require no proof at trial, together with any
         reservations directed to such admissions;

    (e)  a concise statement of those issues of law on which there
         is agreement;

    (f)  a concise statement of those issues of fact which remain
         to be litigated;

    (g)  a concise statement of those issues of law which remain
         for determination by the Court;

    (h)  a list of all exhibits to be offered at trial with
         notation of all objections thereto;

    (i)  a list of all witnesses who <u>may</u> be called at the trial
         and those witnesses who <u>will</u> be called at the trial;

    (j)  a list of depositions to be used at trial for purposes other than potential impeachment with identification of specific pages and lines proposed to be published to the trier of facts; and

    (k)  The signatures of counsel for all parties.

7.  **<u>FINAL PRETRIAL CONFERENCE</u>**.

    This case is set for final pretrial conference by telephone, on **April 9, 2021 at 10:00 a.m**. The parties shall contact the Bankruptcy Judge's law clerk by email to make the call-in arrangements.

8.  **<u>TRIAL</u>**.

    This case is set for trial in Lafayette, Louisiana, on **April 16, 2021 at 10:00 a.m.**

9.  **<u>COMPLIANCE</u>**.

    **Failure to comply with any of the requirements of this Order may result in dismissal of the action, default, compensatory sanctions, contempt sanctions, or other appropriate penalties.**

### ###